*Betty Cochran Stockvis* for petitioner. *Vernon E. West, Chester H. Gray, Milton D. Korman* and *Harry L. Walker* for respondents.

No. 728. BEECHER *v.* LEAVENWORTH STATE BANK ET AL. C. A. 9th Cir. Certiorari denied.

No. 732. MERCHANTS MATRIX CUT SYNDICATE, INC. ET AL. *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. *Charles L. Stewart, Jr.* for the Intertype Corporation, and *Horace A. Young* for the Advertising Checking Bureau, Inc., petitioners. *Solicitor General Sobeloff, Assistant Attorney General Morton* and *John C. Harrington* for the United States. *Claude A. Roth* for the Clark-Congress Corporation, respondent. *Mr. Sobeloff, Mr. Morton* and *S. Billingsley Hill* filed a brief for the United States, as *amicus curiae,* supporting the Clark-Congress Corporation.

No. 734. VERMONT TRANSIT Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Guy M. Page* and *Charles W. Tye* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Louise Foster* for respondent.

No. 737. PANHANDLE EASTERN PIPE LINE Co. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. *William E. Miller* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter, Lionel Kestenbaum, Willard W. Gatchell* and *William J. Grove* for the Federal Power Commission; *Samuel Brezner* for Wayne County, Michigan; *Donald R. Richberg, Arthur R. Seder, Jr.* and *Charles V. Shannon* for the American Louisiana Pipe Line Co. et al., and

*Oscar L. Chapman* for the Michigan Consolidated Gas Co., respondents.

No. 739. Business Men's Assurance Co. *v.* Driggers. C. A. 5th Cir. Certiorari denied. *William Lipscomb* and *George L. Gordon* for petitioner.

No. 740. Beaty *v.* United States. C. A. 4th Cir. Certiorari denied. *Llewellyn A. Luce* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, John H. Mitchell, Joseph M. Howard* and *Dickinson Thatcher* for the United States.

No. 741. Johnson *v.* Mississippi. Supreme Court of Mississippi. Certiorari denied. *Thurgood Marshall* and *Jack Greenberg* for petitioner. *J. P. Coleman,* Attorney General of Mississippi, for respondent.

No. 745. Fitzpatrick *v.* Snyder, Commander, Boston Naval Shipyard, et al. C. A. 1st Cir. Certiorari denied. *Claude L. Dawson* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Paul A. Sweeney* for respondents.

No. 746. Thys Company et al. *v.* Anglo-California National Bank, Executor. C. A. 9th Cir. Certiorari denied. *Stephen S. Townsend* and *Carl Hoppe* for petitioners. *Arlington C. White* and *Margaret E. White* for respondent.

No. 748. Mall Tool Co. *v.* Borg-Warner Corporation. C. A. 7th Cir. Certiorari denied. *Horace Dawson* for petitioner. *Casper W. Ooms* for respondent.